FILED
NOV 20 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| Plaintiff, ) | |
| ) | 1:25CR 586 |
| v. ) | CASE NO. _____ |
| ) | Title 18, United States Code, |
| TERRELL PONYARD, ) | Sections 922(g)(1) and |
| ) | 924(a)(8) |
| Defendant. ) | |

JUDGE CALABRESE

COUNT 1
(Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about October 26, 2025, in the Northern District of Ohio, Eastern Division, Defendant TERRELL PONYARD, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Aggravated Robbery, on or about March 18, 2014, in case number CR-13-578715, in Cuyahoga County Common Pleas Court, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Glock, model 26, 9mm caliber pistol, bearing serial number BMBV209, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

2. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code Section, 2461(c), the allegation in Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant TERRELL PONYARD shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violation charged in Count 1.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.